UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                        Case No. CR 04-60022-1-AA

MICHAEL LEWIS WILCOX,

        Defendant.

## ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE

On April 12, 2005, the defendant appeared before this court, for sentencing following his plea of guilty to Bank Robbery. He was sentenced to fifty-one (51) months custody followed by a three (3) year term of supervised release, upon the standard and special conditions. The term of supervised release commenced on May 1, 2008.

On July 10, 2008, this court issued a petition for summons and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF SUPERVISED RELEASE - PAGE 1

On July 23, 2008, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by possessing and or consuming alcohol.

THE COURT FINDS that the defendant has violated conditions of his supervised release as set forth above, said violation constitutes a Grade C violation pursuant to Guideline § 7B1.1(a)(2). A Grade C violation coupled with the defendant's Criminal History Category of V, produces a suggested imprisonment range of 7 to 13 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is continued subject to the standard conditions and the following added special condition:

1. The defendant shall participate in and successfully complete an inpatient treatment program with Willamette Family Treatment Center for a period not to excess 90 days.
2. The defendant shall submit to a UA today.
3. The defendant shall attend the Eugene Drug Court on Friday, July 25, 2008 at 1:30pm.

All other conditions and terms of supervised release previously imposed shall remain in full force and effect.

Dated this 23 day of July, 2008.

*Ann Aiken*

**ANN AIKEN**
**United States District Judge**

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF SUPERVISED RELEASE - PAGE 2